**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-25-00130-CV**

———————————

**IN RE USA DEBUSK, LLC AND WILLIAM DRENNAN, Relators**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

**MEMORANDUM OPINION**

Relators have filed an unopposed motion to dismiss this original proceeding as moot.[1] Accordingly, we grant the motion and dismiss the petition for writ of mandamus as moot. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

---

[1] The underlying case is *Refined Technologies, Inc. v. William Drennan and USA DeBusk, LLC*, cause number 2025-11510, pending in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.